IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD E. WALTON,

    Plaintiff,                       No. 2:11-cv-0220 KJN P

    vs.

S. CLAREY,

    Defendant.                ORDER TO SHOW CAUSE

                              /

        Plaintiff is a state prisoner proceeding without counsel.  On January 24, 2011, defendant Clarey removed the instant action from Solano County Superior Court.

        On December 14, 2010, plaintiff filed an amended complaint alleging, inter alia, that defendant Clarey failed to protect plaintiff from a violent attack by a fellow inmate on April 1, 2008, in violation of plaintiff's Eighth Amendment rights.  Defendant asks the court to screen the amended complaint under 28 U.S.C. § 1915A.  Defendant also argues that the instant action is related to Walton v. Butler, et al., Case No. 2:09-cv-0479 EFB P.[1]

        Plaintiff's amended complaint was filed with the state court on December 14, 2010.  However, the court's own records reveal that in Walton v. Butler, et al., 2:09-cv-0479

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

EFB P, plaintiff also alleges defendant Casey failed to protect plaintiff in April of 2008 in violation of the Eighth Amendment. It appears the instant action is duplicative of 2:09-cv-0479 EFB P. Plaintiff is advised that he cannot pursue duplicate claims against the same defendant in two different lawsuits. In an abundance of caution, plaintiff is directed to show cause, if any he may have, why this action should not be dismissed as duplicative of plaintiff's claims contained in 2:09-cv-0479 EFB P. If plaintiff wishes to pursue only state law claims against defendant Clarey, plaintiff may seek remand to the superior court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendant's January 24, 2011 motion for screening order (dkt. no. 3) is granted; and

2. Within twenty-one days, plaintiff shall show cause why this action should not be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED: February 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

walt0220.23

2