1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD E. WALTON,

11              Plaintiff,                No. 2:11-cv-0220 KJN P

12        vs.

13   S. CLAREY,

14              Defendant.                ORDER

15   _____/

16              Both parties have consented to proceed before the undersigned for all purposes.

17   See 28 U.S.C. § 636(c).  By order filed February 16, 2011, plaintiff was ordered to show cause,

18   within twenty-one days, why his action should not be dismissed as duplicative of plaintiff's

19   claims contained in 2:09-cv-0479 EFB P.  The twenty-one day period has now expired, and

20   plaintiff has not shown cause or otherwise responded to the court's order.

21              IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See

22   Fed. R. Civ. P. 41(b).

23   DATED:  March 16, 2011

24                                    _____
                                        KENDALL J. NEWMAN
25                                      UNITED STATES MAGISTRATE JUDGE

26   walt0220.fsc